**Order entered February 16, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00011-CV**

**BEN MCMILLAN, ANDREW SWAN, DAVID BENJAMIN JACOBSON, IDX GLOBAL, LLC, AND IDX DIGITAL ASSETS, LLC, Appellants**

**V.**

**RG ALTS, LP, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01247**

**ORDER**

Before the Court is appellants' February 14, 2023 unopposed motion for an extension of time to file their brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than March 8, 2023.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE